

# Missouri Court of Appeals
## Southern District

**AUGUST 24, 2015**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.    Case No.  SD33445

      Re:    DARRELL TINDLE,
             Appellant,
             vs.
             STATE OF MISSOURI,
             Respondent.